UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | CR214-30 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| JAMES J. HOSEA | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on November 6, 2014, a Federal Grand Jury sitting in the Southern District of Georgia returned a ten count Indictment against defendant James J. Hosea (hereafter, the "Defendant") charging violations of 18 U.S.C. § 1343, Wire Fraud;

WHEREAS, the Indictment sought forfeiture pursuant to 18 U.S.C. § 981(a)(1), as incorporated by 28 U.S.C. § 2461, and pursuant to 18 U.S.C. § 982(a)(2)(A), which allow for the forfeiture of any property, real or personal, constituting or derived from, proceeds obtained directly or indirectly, as a result of such violation(s), including but not limited to, a sum of money representing the amount of proceeds obtained as a result of said violation(s), and all property, real or personal, traceable thereto;

WHEREAS, the Indictment provided for the forfeiture of substitute assets pursuant to 21 U.S.C § 853(p) and 18 U.S.C. § 982(b)(1) of any other property up to an amount equivalent to the value of the property specifically identified as subject to forfeiture. Additionally, if there were no substitute assets available as subject to forfeiture, the Indictment indicated that it was the intent of the Government to

obtain a money judgment for a sum of money equal to the amount of all proceeds obtained as a result of said violation(s), and any and all property, real or personal, traceable to same;

WHEREAS, on February 13, 2015, the Defendant plead guilty pursuant to a written plea agreement to Count One of the Indictment, charging him with Wire Fraud, in violation of 18 U.S.C. § 1343;

WHEREAS, pursuant to his plea agreement, the Defendant conceded that the proceeds Defendant gained perpetrating the offenses have been depleted by the Defendant, and the United States has not been able to identify any property of the Defendant that could be forfeited as substitute assets in accordance with 21 U.S.C. § 853(p);

WHEREAS, the Defendant agreed in his plea agreement to the forfeiture, in the form of a money judgment in the amount of $1,230,634.21 in United States Currency, said sum representing the amount of proceeds obtained as a result of his violation(s);

WHEREAS, the Defendant agreed to waive the provisions of the Federal Rules of Criminal Procedure 7(c)(2), 32.2, and 43(a) with respect to notice in the Indictment that the Government will seek forfeiture as part of any sentence in this case, and agreed that entry of this order shall be made a part of the sentence and judgment in this case.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The property in the form of a money judgment in the amount of $1,230,634.21 in United States Currency (the "Subject Property"), which is the sum of money equal to all proceeds obtained from the offense to which the Defendant entered a plea of guilty, is hereby forfeited to the Government pursuant to 18 U.S.C. § 981(a)(1), 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(2)(A), 21 U.S.C. § 853, and Rule 32.2(b)(2)(C)(iii), and that the Government has established the requisite nexus between such Subject Property and such offenses.

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Consent Order of Forfeiture is FINAL as to the Defendant. The United States shall have clear title to the Subject Property.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

4. The Clerk of the Court shall forward two certified copies of this Order to Assistant U.S. Attorney T. Shane Mayes, United States Attorney's Office for the Southern District of Georgia, P.O. Box 8970, Savannah, Georgia 31401.

[signatures on following page]

Date: 6/14/15

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

_____  Date: 6/12/15
T. Shane Mayes
Assistant United States Attorney
Georgia Bar No. 479555

_____  Date: 6/12/15
James E. Stein
Attorney for Defendant
Georgia Bar No. 677850

_____  Date: 6/12/15
James J. Hosea
Defendant